# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 20-1077     **Short Title:** Alasaad v. Duke

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi (please see additional sheet)</u> as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

| | |
|---|---|
| /s/ Jessie J. Rossman | January 31, 2020 |
| Signature | Date |
| Jessie J. Rossman | |
| Name | |
| ACLU Foundation of Massachusetts | (617) 482-3170 ext 337 |
| Firm Name (if applicable) | Telephone Number |
| 211 Congress Street, Ste 301 | (617) 451-0009 |
| Address | Fax Number |
| Boston, MA 02110 | jrossman@aclum.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: <u>1161236</u>

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# United States Court of Appeals for the First Circuit

## Notice of Appearance

**No.** 20-1077     **Short Title:** Alasaad v. Duke

(Additional Page)

List of all Represented Parties as the Appellees

Ghassan Alasaad
Nadia Alasaad
Suhaib Allababidi
Sidd Bikkannavar
Jérémie Dupin
Aaron Gach
Ismail Abdel-Rasoul, aka Isma'il Kushkush
Diane Maye Zorri
Zainab Merchant
Mohammed Akram Shibly
Matthew Wright