# United States Court of Appeals
## For the First Circuit

Nos. 20-1077
     20-1081

GHASSAN ALASAAD; NADIA ALASAAD; SUHAIB ALLABABIDI; SIDD BIKKANNAVAR; JEREMIE DUPIN; AARON GACH; ISMAIL ABDEL-RASOUL, a/k/a Isma'il Kushkush; DIANE MAYE ZORRI; ZAINAB MERCHANT; MOHAMMED AKRAM SHIBLY; MATTHEW WRIGHT

Plaintiffs - Appellees/Cross - Appellants

v.

CHAD F. WOLF, Acting Secretary of the U.S. Department of Homeland Security, in his official capacity; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; MATTHEW T. ALBENCE, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity

Defendants - Appellants/Cross - Appellees

**ORDER OF COURT**

Entered: June 15, 2020
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration of motion, it is ordered that the time for Appellee/Cross-Appellants Ismail Abdel-Rasoul, Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi, Sidd Bikkannavar, Jeremie Dupin, Aaron Gach, Zainab Merchant, Mohammed Akram Shibly, Matthew Wright, Diane Maye Zorri, Ismail Abdel-Rasoul, Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi, Sidd Bikkannavar, Jeremie Dupin, Aaron Gach, Zainab Merchant, Mohammed Akram Shibly, Matthew Wright and Diane Maye Zorri to file a brief be enlarged to and including **July 31, 2020**.

                              By the Court:

                              Maria R. Hamilton, Clerk

cc:
Annapurna Balakrishna
Esha Bhandari
Sophia Sabrina Cope
Hugh Handeyside
Saira Hussain
Donald Campbell Lockhart
Scott R. McIntosh
David J. Nathanson
Jessie J. Rossman
Adam Schwartz
Matthew R Segal
Matthew S. Shapanka
Joshua Paul Waldman
Nathan Wessler